*wealth v. Eller*, 807 A.2d 838, 2002 WL 31118999 (Pa.2002).

**COMMONWEALTH of Pennsylvania, Petitioner,**

v.

**Carlos GARCIA, Respondent.**

Supreme Court of Pennsylvania.

Dec. 3, 2002.

### *ORDER*

PER CURIAM.

**AND NOW,** this 3rd day of December 2002, the Petition for Allowance of Appeal is GRANTED. The order of the Superior Court is REVERSED. *See Commonwealth v. Eller*, 569 Pa. 622, 807 A.2d 838 (2002).

Justice EAKIN did not participate in the consideration or decision of this matter.